Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

Timothy Sims

_____

_Your full name_

MAR 1 0 2022

U.C. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## FEDERAL TORTS CLAIM ACT
## COMPLAINT

v.

Civil Action No.: 3:20 - CV-162
_(To be assigned by the Clerk of Court)_

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Your full name: Timothy Sims    Inmate No.: 42945-037
Address: PO Box 6000 Glenville, WV 26351

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: FCI Gilmer

A.    Is this where the events concerning your complaint took place?
☒ Yes    ☐ No

Attachment A

If you answered "NO," where did the events occur?

_____

_____

_____

IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   □ Yes      ▣ No

B.   If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.   Court: _____
         *(If federal court, name the district; if state court, name the county)*

3.   Case  Number: _____

4.   Basic Claim Made/Issues Raised: _____

_____

_____

5.   Name of Judge(s) to whom case was assigned: _____

_____

6.   Disposition: _____
         *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing lawsuit: _____

Attachment A

8.    Approximate date of disposition. Attach copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

☑ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _Admin Remedy Program and Form 95_
_____
_____
_____

E.    Did you exhaust **ALL** available administrative remedies?

☑ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _BP-8/9 Denied_
_____BP-10 Denied_____
_____BP-11 Denied_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____
_____

Attachment A

2.    Name and location of court and case number: _____

_____

_____

3.    Grounds for dismissal:    □ frivolous        □ malicious
      □ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written
      notice of your claim, with the appropriate BOP Regional Office?
      ☒ Yes        □ No

B.    If your answer is "YES," answer the questions below:

      1.    Identify the type of written claim you filed: _Personal Injury_

      2.    Date your claim was filed: _1/8/20_

      3.    Amount of monetary damages you requested in your claim:
            _$ 500,000_

      4.    If you received a written Acknowledgment of receipt of your claim
            from the BOP, state the:

            I.    Date of the written acknowledgment: _1/20/20_
            ii.   Claim Number assigned to your claim: _TRT-MXR-2020-02598_

C.    If your claim involves individuals who are employed by government
      agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95),
      or any other type of written notice of your claim with the appropriate
      government agencies?    □ Yes        □ No  _N/A_

---

United States District Court                    10                    Northern District of West Virginia-2013

Attachment A

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

        _____

        _____

        _____

    2.    Identify the type of written claim(s) you filed: _____

        _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

        _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes        ☒ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

Attachment A

## VI.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.   **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**

CLAIM 1: Defendants violated their duty of care pursuant to 18 U.S.C. 4001, 4042, and the regulations established by the BOP which caused harm to Sims.

Supporting Facts: Continued on Attached Memorandum

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

Alicia Wilson - BOP

Eddie Anderson - BOO

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☒ Yes      ☐ No

If your answer is "YES," please explain: Medical professionals at FCI Gilmer.

CLAIM 2: _____

**Attachment A**

If your answer is "YES," please explain: _____
_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____
_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts: _____
_____
_____

Attachment A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. The delay in providing the necessary medical care caused Sims to sustain extensive pain and suffering. Sims' limited mobility and recurring gait problems will continue for the rest of his life.

## VIII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Enter an order and judgment:
a) Declaring Wilson's and Anderson's conduct was negligent and caused harm to Sims
b) Compensatory damages and any other relief available under law

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

+memorandum

Executed at ___Glenville, WV_____ on __3/1/ 2022____.

               (Location)                                              (Date)

Your Signature