Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Timothy Sims
_____

_____
*Your full name*

**FILED**

**MAR 1 0 2022**

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

**COMPLAINT**

v.

Integrated Medical

Systems, LLC
_____

_____

Civil Action No.: 3:20-CV-162
*(To be assigned by the Clerk of Court)*

_____
*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: 28 U.S.C. 1367; 1332; 2201
*(List the specific statutes under which you are claiming jurisdiction.)*

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your full name: Timothy Sims    Inmate No.: 42945-037

            Address: PO Box 6000 Glenville, WV 26351

Attachment A

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.    Name of Defendant: _Integrated Medical Systems, LLC_

Position: _BOP Contractor_

Place of Employment: _FCI Gilmer._

Address: _c/o WV Sec. of State  1900 Kanawha Blvd._
_East Charleston, WV 25305_

B.1    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____


B.2    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

B.3    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____


B.4    Name of Defendant: _____

---

*United States District Court*          *8*          *Northern District of West Virginia-2013*

Attachment A

Position: _____

Place of Employment: _____

Address: _____

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

B.6    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: ___FCI Gilmer_____

A.    Is this where the events concerning your complaint took place?
☒ Yes        ☐ No

If you answered "NO," where did the events occur? _____
_____

B.    Is there a prisoner grievance procedure in the institution where the
events occurred?        ☒ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this
complaint in the prisoner grievance procedure?  ☒ Yes        ☐ No

Attachment A

D.    If your answer is "NO," explain why not: _____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH ALL GRIEVANCES AND RESPONSES:**

LEVEL 1 _BP-8/9    Denied_____

LEVEL 2 _BP-10    Denied_____

LEVEL 3 _BP-11    Denied_____

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes      ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Court: _____
    *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____

Attachment A

*(For example, was the case dismissed?  Appealed?  Pending?)*

    7.     Approximate date of filing lawsuit: _____

    8.     Approximate date of disposition. Attach copies: _____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☐ Yes  ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought. _____

_____

_____

E.    Did you exhaust **ALL** available administrative remedies?
    ☒ Yes    ☐ No

F.    If your answer is "YES," briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.
    BoP administrative remedies filed and denied

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

    1.     Parties to previous lawsuit:

         Plaintiff(s): _____

Attachment A

Defendant(s): _____

2.    Name and location of court and case number: _____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did.* **You must include allegations of specific wrongful conduct as to EACH and EVERY** *defendant in the complaint. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE COMPLAINT WITH AN ADDITIONAL FILING FEE. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Defendant failed to provide for Sims' medical needs as contracted by the Bureau of Prisons.

Supporting Facts: Defendant failed to timely schedule Sims' prescribed treatment.
Continued on attached Memorandum

CLAIM 2: _____

_____

_____

Supporting Facts: _____

Attachment A

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

Supporting Facts: _____

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. _Extended pain and suffering. Permanent lack of mobility and gait impairment._

Attachment A

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Judgment and order declaring Defendant's conduct was negligent and award Sims compensatory relief and any other relief available under law.

Sims requests trial by jury

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.  and memorandum

Executed at ___Glenville, WV___ on ___3/11/22___.
(Location)                        (Date)

___Timothy Sims___
Your Signature